A90A0320. SABEN APPLIANCES v. WALLER.
(390 SE2d 431)

DEEN, Presiding Judge.

The plaintiff appellee commenced this action in a magistrate's court, suffered an adverse judgment there, and appealed to the state court, where he won a judgment of $331.32. This appeal is subject to the discretionary appeal procedures under both OCGA § 5-6-35 (a) (6) and § 5-6-35 (a) (11). The direct appeal filed by the appellant therefore must be dismissed. *Covrig v. Campbell*, 187 Ga. App. 39 (369 SE2d 293) (1988). The appellee's motion for damages for frivolous appeal, pursuant to OCGA § 5-6-6, is denied.

*Appeal dismissed. Pope and Beasley, JJ., concur.*

DECIDED JANUARY 22, 1990.

*Hobart M. Hind*, for appellant.

*Baxter C. Howell, Jr.,* for appellee.